| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | D DEF | R 23 | $ DEMAND | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 5 | 81 | 5031 | 02 | 04 | 81 | 3 | 190 | 1 | 4 | 1 | | Nearest $1,000 300, | J M | 46033 | | 81 | 5031 |

**PLAINTIFFS**

PANGILINAN, Lorimer

**DEFENDANTS**

Custer Community Hospital;
Advanced Health Systems, Inc.;
GEORGESON, Robert W. and
SCHLEGEL, John A.

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC 1981, 42 USC 1983, 28 USC 1343, 28 USC 1331, 28 USC 1332, Suit for depriviation of civil rights, breach of contract, tortous interference with contract, defamation and intentional inflection of emotional distress. bbl

**ATTORNEYS**

Michael M. Hickey
Bangs, McCullen, Butler, Foye & Simmons
P.O. Box 2670
Rapid City, SD 57709
605-343-1040

Denis Bandera
P. O. Drawer 1410
Long Beach, CA 90801

| CHECK HERE | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Feb. 4 | 1 | CIVIL Cover sheet filed |
| Feb. 4 | 2 | COMPLAINT filed with demand for jury trial |
| Feb. 4 | | Issuing Summons. Fur. 4 copies for service by delivering to U. S. Marshal at R.C. |
| Feb. 27 | 3 | SUMMONS Returned & Filed |
| June 17 | 4 | STIPULATION and ORDER of Dismissal |
| June 17 | | Notice of entry and copy of Order mailed Michael M. Hickey and Denis Bandera |